```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAGEN ALLEN,                                    :
                        Plaintiff,              :
                                                :
        -against-                               :
                                                :    21-cv-10148 (VEC)
                                                :
                                                :         ORDER
IYENGAR YOGA ASSOCIATION OF NEW                 :
YORK, ED MCKEANEY, and JAMES MURPHY,:
                                                :
                        Defendants.             :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS, pursuant to 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise," of a copy of the complaint;

WHEREAS on September 3, 2021, Plaintiff filed this action in the Supreme Court of the State of New York, *see* Dkt. 1 ¶ 1;

WHEREAS on October 21, 2021, the parties stipulated that Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint was extended to December 10, 2021, *see id.* ¶ 2; and

WHEREAS this case was removed from New York state court to this district on November 30, 2021, *see generally id.*;

IT IS HEREBY ORDERED that Defendants must show cause, no later than **December 10, 2021**, why the case should not be remanded to state court due to untimely removal under 28 U.S.C. § 1446.

**SO ORDERED.**

Date: **December 3, 2021**
New York, New York

**VALERIE CAPRONI**
**United States District Judge**